Defendants:

Facebook, Meta, Rudy Giuliani, John Eastman, Mark Meadows, Kenneth Chesebro, Jeffrey Clark, Jenna Ellis, Ray Smith III, Robert Cheeley, Cathleen Latham, Scott Hall, Stephen Lee, Harrison Floyd, Trevian Kutti, Sidney Powell, Misty Hampton, Michael Roman, David Shafer, Shawn Still, Vladimir Putin, Twitter and Meta LLC.

RECEIVED
AUG 29 2023
U.S. DISTRICT COURT
DISTRICT OF R.I.

Relief Requested:

$100,000,000.00 for punitive damages; 100% Ownership of Defendants Assets & Liquidations; All other Reliefs Just & Proper.

Statement of Facts:

All defendants committed identity theft, fraud, U.S. Constitutional Violations, RICO Acts and Due Process violations against Robert W. Johns

08/24/2023

Robert W. Johnson
Robert W. Johnson

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, on 08/24/2023, served a copy of Civil Cover Sheet & IFP Application upon:

1. Court Clerk: U.S. Courts;
ONE EXCHANGE TERR.;
PROVIDENCE, RI 02903.

08/24/2023

Robert W. Johnson
Robert W. Johnson