UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Robert W. Johnson ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-CV-00354-MSM |
| ) | |
| Donald J. Trump, et al ) | |
|     Defendant. ) | |

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Text Order of 9/5/2023

Enter:

/s/ Carrie L. Potter
Deputy Clerk

Dated: 9/5/2023