# United States Court of Appeals
## For the First Circuit

_____

No. 23-1783
D.C. No. 1:23-cv-00354-JNL

ROBERT W. JOHNSON,

Plaintiff - Appellant,

v.

DONALD J. TRUMP; FACEBOOK; META; RUDY GIULIANI; JOHN EASTMAN; MARK MEADOWS; KENNETH CHESEBRO; JEFFREY CLARK; JENNA ELLIS; RAY SMITH; ROBERT CHEELEY; CATHLEEN LATHAM; SCOTT HALL; STEPHEN LEE; HARRISON FLOYD; TREVIAN KUTTI; SIDNEY POWELL; MISTY HAMPTON; MICHAEL ROMAN; DAVID SHAFER; SHAWN STILL; VLADIMIR PUTIN; TWITTER.; META LLC,

Defendants - Appellees.
_____

**JUDGMENT**

Entered: January 8, 2024
Pursuant to 1st Cir. R. 27.0(d)

On **November 2, 2023**, this court issued an order directing the appellant to either pay the $505.00 filing fee or to file a compliant request to appeal with in forma pauperis (IFP) status before the district court. Appellant was notified that failure to take either action would result in this case being dismissed for lack of prosecution pursuant to Local Rule 3.0(b).

A review of the district court docket sheet does not reflect payment of the filing fee nor the filing of a request for in forma pauperis status. This appeal is, therefore, dismissed for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert W. Johnson
John C Eastman
Kenneth J. Chesebro